UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:12-2631-SIMONTON (SEALED)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

WALLY LORA

          Defendant.    /

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED** as follows: PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this __7TH__ day of __MAY__, 2012.

/s/ Andrea M. Simonton
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE